ment, entered May 31, 1912, which affirmed an order of Special Term overruling a demurrer to the answer and denying a motion for judgment on the pleadings in an action to recover under a mortgagee clause in a policy of fire insurance.

*Jacob R. Schiff* for appellant.

*Leo Levy* for respondent.

Appeal dismissed, with costs, upon the ground that no question for determination has been certified to this court as required by subdivision 2 of section 190 of the Code of Civil Procedure; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

In the Matter of the Probate of the Will of WILLIAM F. LEGGETT, Deceased.

MARGARET B. HENDREN, Appellant; THE RELIGIOUS SOCIETY OF FRIENDS et al., Respondents.

*Matter of Leggett*, 150 App. Div. 894, affirmed.
(Argued October 2, 1912; decided October 22, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 18, 1912, which affirmed a decree of the Essex County Surrogate's Court admitting to probate the will of William F. Leggett, deceased.

*Francis A. Smith* for appellant.

*Milo M. Acker, Wilson M. Powell, Jr., Alexander R. Wilson* and *Edward C. Randall* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.